CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff BRIAN WHITAKER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>   Plaintiff,<br><br>   v.<br><br>BEN & JERRY'S HOMEMADE, Inc., a Vermont Corporation; and Does 1-10,<br><br>   Defendant. | Case No.: 3:21-cv-03364-EMC<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

Dated: March 17, 2022                         CENTER FOR DISABILITY ACCESS

                                              By:   /s/ Amanda Seabock
                                                  Amanda Seabock
                                                  Attorney for Plaintiff